## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dan McConchie, et al.

                Plaintiff,

v.                                      Case No.: 1:21–cv–03091
                                              Honorable Robert M. Dow Jr.

Illinois State Board of Elections, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 6, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Information regarding the 7/14/2021, 10:00 a.m. status hearing: the Courtroom Deputy emailed counsel of record the Microsoft Teams platform link and call–in information. Members of the public and media will be able to call in to listen to this hearing at (872) 703–5321, access code 802 653 31#. Please mute your microphone, persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.