# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dan McConchie, et al.

                        Plaintiff,

v.                                                               Case No.: 1:21−cv−03091
                                                                 Honorable Robert M. Dow Jr.

Illinois State Board of Elections, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 23, 2021:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held telephonically. Taking into account the parties' written submissions and the discussion held on the record this morning, Defendants' motion to adjourn the expert discovery schedule and to set status conference for September 1, 2021 [81] is granted in part and denied in part. Opening expert reports and supporting materials, which are due today under the existing schedule, are still to be exchanged no later than August 25, 2021. All other expert deadlines and expert discovery are stayed until further order of the Court and will be discussed either with the three−judge panel on September 1, or with Magistrate Judge Jantz, or both. Plaintiffs' motion to expedite briefing schedule with respect to pending dispositive motions [86] is denied. The pending dispositive motions [66, 76, 80] remain under advisement, though the panel observes that in the event that the General Assembly enacts an amended redistricting plan in next week's special session, the parties may need to consider whether to amend the pleadings and motions that currently are on file. The panel also reiterates the comments made on the record urging the General Assembly to take into account the views of the Plaintiffs in crafting any amended plan with the objective of presenting for the Court's consideration a plan that satisfies all constitutional and statutory obligations, not just those raised in the existing pleadings and motions. To the extent that an amended plan still raises viable legal challenges, the parties should expect to update their pleadings, motions, and expert work (including proposed revisions or alternatives to the map(s) under consideration) on a highly compressed schedule given the need for an expeditious conclusion to this litigation to accommodate the 2022 election calendar. As a housekeeping matter, the motions to dismiss the original (and now superseded complaint) [42, 45] are stricken as moot. In view of the foregoing, the status conference previously set for 8/24/2021 at 12:30 p.m. is stricken and reset to 9/1/2021 at 12:30 p.m. Information regarding the video link for the panel and counsel and the telephone link for members of the public and media will be provided in a separate minute order. Finally, the notice of motion date of 8/27/2021 on Plaintiffs' motion for summary judgment [see 77] is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.