IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **McConchie et al** | ) | |
| Plaintiff(s), | ) | 1:21-cv-03091 |
| v. | ) | Magistrate Judge Beth W. Jantz |
| | ) | |
| **Illinois State Board of Elections et al** | ) | |
| Defendant(s), | ) | |

## ORDER

Pursuant to the expanded referral in Case No. 21-3091 (McConchie) and Case No. 21-3139 (Contreras), the following pre-trial deadlines are scheduled as specified in the order below. A telephonic status conference remains set in both cases at 9:00 a.m. CT on 10/22/21. The parties should be prepared at the status conference to discuss scheduling the submission of trial witness lists and exhibit lists, as well as any other scheduling matters in light of the three-judge panel's memorandum opinion and order entered on 10/19/21 in both cases. To join the status conference by phone, dial 888-273-3658 and enter access code 2217918. Members of the public and the media will be able to call in and listen to this hearing.

## STATEMENT

Given the three-judge panel's memorandum opinion and order [Case No. 21-3091 dkt. 131; Case No. 21-3139 dkt. 117], and in consideration of the recent Status Reports filed in these cases, the following pre-trial schedule is set:

| | |
|---|---|
| Fact Discovery Close | 10/29/2021 |
| Expert Reports Close | 11/05/2021 |
| Plaintiffs' submissions for proposed revisions to the September Redistricting Plan | 11/08/2021 |
| Expert Depositions Close | 11/10/2021 |
| Trial stipulations | 11/16/2021 |
| Defendants' responses and objections to the September Plan revision submissions | 11/18/2021 |
| Motions in Limine | 11/19/2021 |
| Responses to Motions in Limine | 11/22/2021 |

Counsel should be prepared at the 10/22/21 telephonic status conference to discuss the scheduling of deadlines for the submission of trial witness lists and exhibit lists, as well as any other scheduling matters in light of the three-judge panel's memorandum opinion and order entered on 10/19/21 in both cases. The dates for any pre-trial conference and trial are matters that may be raised with the three-judge panel at the appropriate juncture.

Date:  10/20/2021

_____
Beth W. Jantz
United States Magistrate Judge