## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dan McConchie, et al.

                                              Plaintiff,

v.                                                               Case No.: 1:21−cv−03091

                                                                               Honorable Robert M. Dow Jr.

Illinois State Board of Elections, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 5, 2021:

      MINUTE entry before the Honorable Beth W. Jantz: Defendants' agreed motion for a limited extension of fact discovery [Case No. 21−3139 dkt. 128] is granted for the specific purpose of obtaining Mr. del Valle's deposition at a mutually agreeable date. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.