# EXHIBIT A

**Exhibit A**
**Plaintiffs' Remedial Map (Statewide)**



A1

**Exhibit A**
**Plaintiffs' Remedial Map (Northeastern Region)**



**Exhibit A**
**Plaintiffs' Remedial Map (Metro East Region)**



A3