IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAN MCCONCHIE, in his official capacity as Minority Leader of the Illinois Senate and individually as a registered voter, JIM DURKIN, in his official capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, JAMES RIVERA, ANNA DE LA TORRE, DOLORES DIAZ, FELIPE LUNA JR., SALVADOR TREMILLO, CHRISTOPHER ROMERO, the REPUBLICAN CAUCUS OF THE ILLINOIS SENATE, the REPUBLICAN CAUCUS OF THE ILLINOIS HOUSE OF REPRESENTATIVES, and the ILLINOIS REPUBLICAN PARTY,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>IAN K. LINNABARY, CASANDRA B. WATSON, WILLIAM J. CADIGAN, LAURA K. DONAHUE, CATHERINE S. MCCRORY, WILLIAM M. MCGUFFAGE, and RICK S. TERVEN, SR., in their official capacities as members of the Illinois State Board of Elections, EMANUEL CHRISTOPHER WELCH, in his official capacity as Speaker of the Illinois House of Representatives, the OFFICE OF SPEAKER OF THE ILLINOIS HOUSE OF REPRESENTATIVES, DON HARMON, in his official capacity as President of the Illinois Senate, and the OFFICE OF THE PRESIDENT OF THE ILLINOIS SENATE,<br><br>　　　　　Defendants. | Case No. 1:21-cv-03091<br><br>Circuit Judge Michael B. Brennan<br>Chief District Judge Jon E. DeGuilio<br>District Judge Robert M. Dow, Jr.<br><br>Three-Judge Court<br>Pursuant to 28 U.S.C. § 2284(a) |

**PLAINTIFFS' NOTICE OF CORRECTIONS TO EXPERT REBUTTAL REPORTS**

　　　　Plaintiffs in the above-captioned matter submit this notice of minor corrections to two of the expert rebuttal reports that were submitted with the reply brief filed on December 1, 2021 [Dkt. No. 162].

1. Plaintiffs are making a correction to Table 1 in the Response Report of Dr. Jowei Chen, which was filed as Exhibit A to the reply brief [Dkt. No. 162-1]. The second line that included some of the candidate names was accidentally deleted from the previously-filed version of Table 1. The information is reinserted in Lines 3 and 10 of the Amended Table 1, which is attached hereto as Exhibit A.

2. Plaintiffs are making a correction to the Rebuttal Report of Dr. Anthony Fowler, which was filed as Exhibit B to the reply brief [Dkt. No. 162-2]. The previous version of the report over counted the number of cases in which an incumbent lost in a general election. The differences do not affect any of Dr. Fowler's substantive conclusions. The changes are found in paragraphs 29 and 30 of the version of the Rebuttal Report attached hereto as Exhibit B.

Dated: December 3, 2021

Respectfully submitted,

/s/ Phillip A. Luetkehans
Phillip A. Luetkehans
Brian J. Armstrong
LUETKEHANS, BRADY, GARNER & ARMSTRONG, LLC
105 E. Irving Park Road
Itasca, Illinois 60143
Tel: (630) 760-4601
pal@lbgalaw.com
bja@lbgalaw.com

*Counsel for Plaintiffs Dan McConchie, in his official capacity as Minority Leader of the Illinois Senate and individually as a registered voter, Jim Durkin, in his official capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, James Rivera, Anna De La Torre, Dolores Diaz, Felipe Luna Jr., Salvador Tremillo, Christopher Romero, the Republican Caucus of the Illinois Senate, and the Republican Caucus of the Illinois House of Representatives*

/s/ Charles E. Harris, II
Charles E. Harris, II
Mitchell D. Holzrichter
Thomas V. Panoff
Christopher S. Comstock
Heather A. Weiner
Christopher A. Knight
Joseph D. Blackhurst
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 782-0600
charris@mayerbrown.com
mholzrichter@mayerbrown.com
tpanoff@mayerbrown.com
ccomstock@mayerbrown.com
hweiner@mayerbrown.com
cknight@mayerbrown.com
jblackhurst@mayerbrown.com

*Counsel for Plaintiffs Dan McConchie, in his official capacity as Minority Leader of the Illinois Senate and individually as a registered voter, Jim Durkin, in his official*

/s/ Ricardo Meza
Ricardo Meza
Meza Law
161 N. Clark Street, Suite 1600
Tel: (312) 802-0336
rmeza@meza.law

*Counsel for Plaintiffs Dan McConchie, in his official capacity as Minority Leader of the Illinois Senate and individually as a registered voter, Jim Durkin, in his official capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, James Rivera, Anna De La Torre, Dolores Diaz, Felipe Luna Jr., Salvador Tremillo, Christopher Romero, the Republican Caucus of the Illinois Senate, and the Republican Caucus of the Illinois House of Representatives*

*capacity as Minority Leader of the Illinois House of Representatives and individually as a registered voter, James Rivera, Anna De La Torre, Dolores Diaz, Felipe Luna Jr., Salvador Tremillo, Christopher Romero, the Republican Caucus of the Illinois Senate, and the Republican Caucus of the Illinois House of Representatives*

/s/ John G. Fogarty
John G. Fogarty
Clark Hill PLC
130 E. Randolph St., Suite 3900
Chicago, Illinois 60601
Tel: (312) 985-5900
jfogarty@clarkhill.com

*Counsel for Plaintiff the Illinois Republican Party*