## **GUIDELINES FOR PROCEEDINGS**
Illinois Redistricting Cases – Nos. 21cv3091, 21cv3139, 21cv5512

The following procedures will apply in connection with the hearing in *McConchie v. Illinois State Board of Elections*, Case No. 21-cv-3091, *Contreras v. Illinois State Board of Elections*, Case No. 21-cv-3139, and *United Congress of Community and Religious Organizations,* Case No. 21-cv-5512, scheduled to commence at 9:00 a.m. on Tuesday, December 7, 2021, in Courtroom 2525 at the Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and will apply each day on which the proceedings continue.

• The Courthouse will open at 7:00 a.m. and close at 6:00 p.m.

• Courthouse visitors are reminded of the COVID-19 precautions in place at the Dirksen Courthouse including a face mask/covering requirement.

• The U.S. Marshals Service will be in charge of providing security and may limit seating or access as necessary to ensure the safety of all present.

• Beginning at 8:45 a.m., members of the media and public may line up in the public corridor outside Courtroom 2525 and will observe social distance spacing while in line. Seating will be provided accordingly.

• All cell phones, laptops, and other electronic devices must be turned off while in Courtroom 2525.

• Due to limited seating in the courtroom, two sketch artists will be provided seats in Courtroom 2525 and must be present at 8:45 a.m. in the hallway outside the courtroom.

• To allow for adequate social distancing, members of the media and public will be seated at marked seats in Courtroom 2525.

• Photographing and video or audio recording or transmission of any court proceeding, including in an overflow courtroom, is prohibited.

• No beverages or food are allowed in the courtroom.

• No conversations or disruptive gestures are permitted in the courtroom.

• No interviews or interview requests are permitted on the 25th floor or any other floor of the Dirksen U.S. Courthouse other than in the lobby, pursuant to August 23, 2018, Joint Courthouse Security Order.

• Interviews may occur only in the designated media area of the lobby. Only credentialed members of the media may use the media area of the lobby. Filming of any security equipment or uniformed security personnel is strictly prohibited.

• Media personnel will have lobby access until 6:00 p.m.

• The recording, streaming, or use of cameras is not allowed in the Courthouse, except in the media area in the lobby. Cameras, photography, and recording are prohibited in all areas of the Courthouse except in the media area of the lobby.

• The U.S. Marshals Service can restrict the entrance to the media area in the lobby should there arise a life safety concern with occupancy.

• The media is reminded that public safety must be considered, and any action that may cause an unsafe environment will be addressed by the U.S. Marshals Service. No member of the public or the media can block an entrance or exit to the Courthouse.

• Failure to comply with these rules will result in removal from the courtroom. Any violation of a court order will be addressed.

Contact: Additional information, regulations, and prohibitions are on the Court's website, www.ilnd.uscourts.gov, and posted in the Courthouse. If you have any questions regarding the guidelines, please contact Julie Hodek, Public Information Officer, at (312) 435-5693