# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Dan McConchie, et al.

|                                      |                          |
| Plaintiff,                           |                          |
| v.                                   | Case No.: 1:21–cv–03091  |
|                                      | Honorable Robert M. Dow Jr. |

Illinois State Board of Elections, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 6, 2021:

MINUTE entry before the Honorable Robert M. Dow, Jr: In regard to the hearing / oral argument set to begin on 12/7/2021, which may continue on 12/8/2021, there will be both an overflow courtroom in the Dirksen Building in the event that there are more members of the public and/or media who wish to attend the proceedings in person than can be accommodated in Courtroom 2525. Information on the overflow courtroom will be available outside Courtroom 2525 if it appears that the capacity of Courtroom 2525 is about to be reached. In addition, members of the public and media will be able to call in to listen to the proceedings remotely by using the following call–in information: Dial–in Number: 1–855–244–8681, Access Code: 2321 088 4329, Password: 2103369. Please note the general prohibition against recording and rebroadcasting of Court proceedings. Your telephone should be on mute at all times. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.