# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAN McCONCHIE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:21-CV-03091 |
| v. | ) |
| | ) Circuit Judge Michael B. Brennan |
| CHARLES SCHOLZ, *et al.,* | ) Chief District Judge Jon E. DeGuilio |
| | ) District Judge Robert M. Dow, Jr. |
| Defendants, | ) |
| | ) Three-Judge Court |
| | ) Pursuant to 28 U.S.C. § 2284(a) |

| | |
|---|---|
| JULIE CONTRERAS, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:21-CV-03139 |
| v. | ) |
| | ) Circuit Judge Michael B. Brennan |
| ILLINOIS STATE BOARD OF ELECTIONS, *et al.,* | ) Chief District Judge Jon E. DeGuilio |
| | ) District Judge Robert M. Dow, Jr. |
| Defendants, | ) |
| | ) Three-Judge Court |
| | ) Pursuant to 28 U.S.C. § 2284(a) |

| | |
|---|---|
| EAST ST. LOUIS BRANCH NAACP, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) Case No. 1:21-CV-05512 |
| v. | ) |
| | ) Circuit Judge Michael B. Brennan |
| ILLINOIS STATE BOARD OF ELECTIONS, *et al.,* | ) Chief District Judge Jon E. DeGuilio |
| | ) District Judge Robert M. Dow, Jr. |
| Defendants, | ) |
| | ) Three-Judge Court |
| | ) Pursuant to 28 U.S.C. § 2284(a) |

## DEFENDANTS' NOTICE OF FILING OF DEPOSITION TRANSCRIPTS

Pursuant to the agreement of all parties, Defendants file the attached expert deposition transcripts as exhibits, which reflect all expert depositions that were conducted in this case. The attached Exhibits A through G are as follows:

- Exhibit A:  December 2, 2021 deposition of Dr. Jacob Grumbach

- Exhibit B:  December 3, 2021 deposition of Dr. Jowei Chen

- Exhibit C:  December 3, 2021 deposition of Dr. Loren Collingwood

- Exhibit D:  December 3, 2021 deposition of Dr. Lilia Fernandez

- Exhibit E:  December 3, 2021 deposition of Dr. Ryan Weichelt

- Exhibit F:  December 4, 2021 deposition of Dr. Allan Lichtman

- Exhibit G:  December 5, 2021 continued deposition of Dr. Allan Lichtman

Dated: December 10, 2021

Michael J. Kasper
151 N. Franklin Street
Suite 2500
Chicago, IL 60606
(312) 704-3292
mjkasper@60@mac.com

*Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President*

Adam Vaught
Kilbride & Vaught
82 S. LaGrange Road, Suite 208
LaGrange, IL 60525
(217) 720-1961
avaught@kilbridevaught.com

*Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President*

Heather Wier Vaught
Heather Wier Vaught, P.C.
106 W. Calendar Ave, #141
LaGrange, IL 60625
(815) 762-2629
heather@wiervaught.com

*Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President*

Respectfully submitted,

*/s/ Sean Berkowitz*

Sean Berkowitz
Latham & Watkins LLP
330 N. Wabash, Suite 2800
Chicago, IL 60611
(312) 777-7016
sean.berkowitz@lw.com

Colleen C. Smith
Latham & Watkins LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400
colleen.smith@lw.com

Elizabeth H. Yandell
Latham & Watkins LLP
505 Montgomery St., Suite 2000
San Francisco, CA 94111
(415) 391-0600
elizabeth.yandell@lw.com

*Counsel for Defendants Harmon and Office of the President*

Devon C. Bruce
Power Rogers, LLP
70 W. Madison St., Suite 5500
Chicago IL, 60606
(312) 236-9381
dbruce@powerrogers.com

*Counsel for Defendants Welch, Office of the Speaker, Harmon, and Office of the President*