## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

McConchie, et al.

Plaintiff(s),

v.

Illinois State Board of Elections, et al.

Defendant(s).

Case No.  21-cv-3091
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐  in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

**X**  other: Judgment is entered under Federal Rule of Civil Procedure 58 as follows:  against all Defendants and in favor of Plaintiffs on Counts I and II of the second amended complaint [116] and in favor of all Defendants and against all Plaintiffs on all other claims in the second amended complaint.

---

This action was (check one):

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
**X** tried by Three Judge Panel and the above decision was reached.
☐ decided by Judge        on a motion

Date: 12/30/2021                    Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk

Carolyn Hoesly, Deputy Clerk